# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150789(71)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHARLES JEROME DOUGLAS,
      Defendant-Appellant.
_____/

SC: 150789
COA: 315027
Wayne CC: 12-010051-FH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief to January 15, 2016, is GRANTED. The time for filing the supplemental brief of defendant-appellant is also extended to January 15, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015



Clerk